# CHULSKY ✦ KAPLAN, LLC

## ATTORNEYS AT LAW

**Glen H. Chulsky** NJ
**Ben A. Kaplan** NJ, NY, DC
**Dennis M. Kessler** NJ

280 Prospect Avenue, 6G
Hackensack, NJ 07601
Voice: (877) 827-3395
Fax:   (877) 827-3394

October 26, 2018

**Via ECF**
The Honorable Karen M. Williams, U.S. Magistrate Judge
United States District Court
4th & Cooper Streets
Camden, NJ 08101

Re:    Benson v. Gatestone and Co. International Inc., et al; 1:18-cv-10847-RBK-KMW

Dear Judge Williams,

I represent the Plaintiff in the above-referenced matter request. I am pleased to report that the Plaintiff and Defendant have agreed to settle this case and in accordance with Local Civ. R. 41.1(b) am notifying the court.

The parties request that the Court enter a 60 day order administratively terminating the case and any pending motions.

Very truly yours,

/s Ben A. Kaplan
Ben A. Kaplan

cc:    All Counsel of Record (via ECF)
Andrew J. Blady, Esq. counsel for the defendant (via email)